

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2014

No. 04-14-00333-CR

Gersom **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 01-0682-CR
Honorable Gary L. Steel, Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court